UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00097-FDW

| | | |
|---|---|---|
| JOHN GARGANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WELLS FARGO ADVISORS SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* regarding the status of this matter. On March 7, 2019, this Court issued an order denying Plaintiff's motion to proceed in forma pauperis and, instead, allowing Plaintiff to pay installments of $50 until the full filing fee was paid. (Doc. No. 6). The Court also ordered Plaintiff to amend his complaint. (Doc. No. 6). The Court gave a thirty-day deadline for paying his first installment and amending the complaint. The Court's order also cautioned Plaintiff that "failure to pay the first installment within the deadline may result in dismissal of this action" and also noted "[i]f Plaintiff does not file an Amended Complaint within thirty (30) days of service of this Order, this action may be dismissed without prejudice and without further notice to Plaintiff." (Doc. No. 6, p. 6).

Plaintiff failed to pay *any* installment, failed to file an amended complaint, and took no further action in prosecution of his case. The deadline for complying with the Court's order has long expired.

1

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. The Clerk is respectfully directed to mail a copy of this Order to Plaintiff's address of record and to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: February 13, 2020

Frank D. Whitney
Chief United States District Judge